FILED & ENTERED

OCT 25 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egonzale DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Solyman Yashouafar<br><br><br><br>Debtor(s).<br>―――――――――――――――――――<br>Simon  Barlava<br><br>Plaintiff(s),<br><br>    v.<br><br>Massoud Aaron Yashouafar<br><br><br>Defendant(s). | CHAPTER 7<br><br>Case No.:  1:16-bk-12255-GM<br>Adv No:   1:16-ap-01166-GM<br><br>**NOTICE TO APPEAR AT CONTINUED STATUS CONFERENCE**<br><br>Date:        April 5, 2022<br>Time:        10:00 AM<br>Courtroom:  303 |

At the status conference on October 19, 2021, the Court continued the status

conference without appearance to April 5, 2022 at 10:00 a.m.

///

///

///

-1-

1          The Trustee is to provide a written status report no later than March 28, 2022.

2  ###

Date: October 25, 2021

_____

Geraldine Mund
United States Bankruptcy Judge