John W. Lucas (CA Bar No. 271038)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Tel/Fax: 310/277-6910 / 310/201-0760
E-mail:  jlucas@pszjlaw.com
        ggreenwood@pszjlaw.com

Attorneys for David K. Gottlieb,
Chapter 7 Trustee of the Estates of Solyman
Yashouafar and Massoud Aaron Yashouafar

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,<br><br>Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br>Consolidated Cases |
| SIMON BARLAVA, an individual, MORRIS BARLAVA, an individual, NASSER BARLAVA, an individual, KEFAYAT BARLAVA, an individual, CARLA RIDGE, LLC, a California limited liability company; FIGUEROA TOWER II, LP, a California limited partnership; and FIRST NATIONAL BUILDINGS II, LLC, an Oklahoma limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MASSOUD AARON YASHOUAFAR, an individual,<br><br>Defendant. | Adv. No.: 1:16-ap-01166-GM<br><br>**CHAPTER 7 TRUSTEE'S AMENDED STATUS REPORT**<br><br><u>Status Hearing</u>:<br>Date:  April 5, 2022<br>Time:  10:00 a.m.<br>Courtroom: 303<br>Judge:  Hon. Geraldine Mund |

David K. Gottlieb, the duly appointed chapter 7 trustee ("<u>Trustee</u>"), in the substantively consolidated cases of Solyman Yashouafar ("<u>Solyman</u>") and Massoud Aaron Yashouafar ("<u>Massoud</u>" and together, the "<u>Debtors</u>"), submits this Status Report regarding the above-captioned adversary proceeding.

1

DOCS_SF:107115.2 32274/002

Since the last status conference, the Trustee has substantively consolidated the cases of the Debtors for all purposes. Order, Docket No. 850. The Trustee reached a stipulated resolution with respect to alleged priority proofs of claim filed by Discover Bank and Greenberg Glusker Fields, *et al.* Docket Nos. 851, 855, 858-59. In addition, the Trustee filed an omnibus objection to reclassify certain alleged secured claims, which was sustained. Docket Nos. 852-54, 861. The Trustee continues to review and reconcile claims. Once the claim review is complete, the Trustee will make distributions in connection with the filing of a final report and closing the Debtors' case.

Based on available information, the Trustee will not be objecting to the proofs of claim filed by the Plaintiffs (case no. 16-bk-12255, general unsecured claim nos. 11-16). Accordingly, the Trustee believes that the adversary should be dismissed with prejudice, consistent with the parties' Stipulation and the Court's Order entered August 6, 2018. Counsel for the Trustee has met and conferred with counsel for the Plaintiffs and both agree that a further status conference can be set in six months, or on such date as the Court may direct.

Dated: March 25, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John W. Lucas*
John W. Lucas
Gail S. Greenwood

*Attorneys for David K. Gottlieb, Chapter 7 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar*

2

DOCS_SF:107115.2 32274/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: One Market Plaza, Spear Tower, 40th Floor, Suite 4000, San Francisco, CA 94105-1020

A true and correct copy of the foregoing document entitled (*specify*): **Chapter 7 Trustee's Amended Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 25, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **David Keith Gottlieb (TR)**    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- **Gail S Greenwood**    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Andrew V Jablon**    ajablon@rpblaw.com, ntariche@rpblaw.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 25, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Massoud Aaron Yashouafar**
910 North Rexford Drive
Beverly Hills, CA 90210

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 25, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via FedEx:**
**The Honorable Geraldine Mund**
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 312 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/25/22 | Matthew Renck | /s/ *Matthew Renck* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_SF:106201.1 32274/001